# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0533

VERSUS

RODERICK T. THOMAS

**JULY 15, 2026**

---

In Re:    Roderick T. Thomas, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, Nos.
          2916-F-2025, 2917-M-2025.

---

**BEFORE:    WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED AS MOOT.** The record of the St. Tammany Parish
Office of the Clerk of Court reflects that on May 14, 2026, relator
appeared before the court with counsel and entered guilty pleas to
the felony charges in this case and was sentenced to a term of
imprisonment with the Department of Public Safety and Corrections.
Accordingly, the issue raised in this writ application is moot.

                              **EW**
                              **CHH**
                              **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT